UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DESIREE ADAR MCCULLOUGH, ET AL., )<br>    *Plaintiffs*, )<br>)<br>    *vs.* )<br>)<br>ELI LILLY AND COMPANY, )<br>    *Defendant.* ) | 1:15-cv-00351-JMS-DKL |

### ORDER TO SHOW CAUSE

On February 27, 2015, Plaintiffs filed a Complaint against Defendant Eli Lilly and Company ("Eli Lilly"), alleging that this Court has diversity jurisdiction over their action. [Filing No. 1 at 3-4.] It is apparent from Plaintiffs' own allegations, however, that this is not the case. Specifically, as part of their allegations regarding their respective citizenships, Plaintiffs allege that Plaintiff Desiree Adar McCullough is a citizen of Indiana. [Filing No. 1 at 2.] Plaintiffs also allege that Defendant Eli Lilly and Company ("Eli Lilly") is "an Indiana corporation…." [Filing No. 1 at 3.] By Plaintiffs' own allegations, there is not complete diversity of citizenship among the parties.[1] *See* 28 U.S.C. § 1332 (for diversity jurisdiction to exist, the action must be between citizens of different states).

Accordingly, the Court **ORDERS** Plaintiffs to **SHOW CAUSE** by **March 20, 2015** why this matter should not be dismissed for lack of subject-matter jurisdiction.

---

[1] There are other jurisdictional issues with Plaintiffs' Complaint, outlined in orders entered in two other cases filed by Plaintiffs' counsel against Eli Lilly and containing similar allegations. [*See* orders entered in *Hill, et al. v. Eli Lilly and Company*, 1:15-cv-00141-JMS-DKL, and *DeCrane, et al. v. Eli Lilly and Company*, 1:15-cv-00365-JMS-DKL.] To the extent Plaintiffs file an Amended Complaint which cures the issue discussed above, the Amended Complaint must also address the issues outlined in those orders.

- 2 -

March 10, 2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**