UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATASHA LYNETTE BOLES, DANIEL LEWIS FINLEY; GLENDA FAYE ELLIOTT, GLORIA JEAN SILVERMAN; GENA MARIE VLAMING AND JAVIER ANTONIO GALVAN, TERRY KEITH DAILEY; MARGARET WHITFIELD DANIEL, SAM LAMAR SUMMERLIN, JEFF DILTZ AND JERA DILTZ, BRENDA LEE LEIFSON AND LEE GEORGE LEIFSON, JASON PAUL HOLBROOK AND KERENSA HOLBROOK, JANET CLAIRE PEDERSON, LISA DAWN MILLER, NANCY ELIZABETH GUY, AND MARIO JOHN COWELL AND RUTH MARY COWELL,<br>    *Plaintiffs*,<br><br>    *vs.*<br><br>ELI LILLY AND COMPANY,<br>    *Defendant*. | 1:15-cv-00351-JMS-DKL<br><br>HON. JANE MAGNUS-STINSON<br><br>RESPONSE TO ORDER TO SHOW CAUSE |

**RESPONSE TO ORDER TO SHOW CAUSE**

On March 10, 2015, the Court correctly noted that Plaintiff Desiree Adar McCullough is a resident of the State of Indiana and, thus, is not diverse from Defendant Eli Lilly and Company pursuant to 28 U.S.C. § 1332(a).  Absent complete diversity between the Plaintiffs and the Defendant, this Court lacks subject matter jurisdiction. *Id.*

Plaintiffs filed a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1) on March 20, 2015 [Docket No. 13], which no longer contains Desiree Adar McCullough as a plaintiff, nor any other citizen of Indiana.  Under the First Amended Complaint, there is complete diversity of the parties pursuant to 28 U.S.C. § 1332(a)(1).

/ / /

/ / /

Plaintiffs respectfully request that this Court not dismiss this matter, as alleged in the First Amended Complaint, for lack of subject-matter jurisdiction.

Dated: March 20, 2015          **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

                                          /s/ R. Brent Wisner
                                         R. Brent Wisner
                                         rbwisner@baumhedlundlaw.com
                                         Diane Marger Moore
                                         Indiana Attorney number 15078-29
                                         dmargermoore@baumhedlundlaw.com
                                         201 North Illinois Street
                                         16th Floor – South Tower
                                         Indianapolis, IN 46204
                                         Tel: (317) 610-3437
                                         Fax: (317) 610-3202

                                         *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, R. Brent Wisner, hereby certify that, on March 20, 2015, I electronically filed the RESPONSE TO ORDER TO SHOW CAUSE with the Clerk for the United States District Court for the Southern District District of Indiana using the CM/ECF system, which shall send electronic notification to counsel of record.

      /s/ R. Brent Wisner
      R. Brent Wisner