UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATASHA LYNETTE BOLES, DANIEL LEWIS FINLEY, GLENDA FAYE ELLIOTT, GLORIA JEAN SILVERMAN, GENA MARIE VLAMING AND JAVIEW ANTONIO GALVAN, TERRY KEITH DAILEY, MARGARET WHITFIELD DANIEL, SAM LAMAR SUMMERLIN, JEFF DILTZ AND JERA DILTZ, BRENDA LEE LEIFSON AND LEE GEORGE LEIFSON, JASON PAUL HOLBROOK AND KERENSA HOLBROOK, JANET CLAIRE PEDERSON, LISA DAWN MILLER, NANCY ELIZABETH GUY, AND MARIO JOHN COWELL AND RUTH MARY COWELL, <br><br>    Plaintiffs, <br><br> vs. <br><br>ELI LILLY AND COMPANY, <br><br>    Defendant. | 1:15-cv-00351-JMS-DKL <br><br> HON. JANE MAGNUS-STINSON |

**JOINT STATEMENT REGARDING COURT'S JULY 22, 2015 ORDER**

Pursuant to the Court's Order of July 22, 2015, the parties submit the following joint statement updating the Court on the status of the filing of a joint jurisdictional statement.

1. Since the Court entered its order, Plaintiffs' counsel has been working to collected declarations concerning each Plaintiff's state citizenship which would allow Defendant Eli Lilly and Company ("Lilly") to admit the jurisdictional allegations in the complaint.

2. Plaintiffs have collected and served corresponding declarations on Lilly for the following Plaintiffs: Natasha Boles, Daniel Finley, Gloria Silverman, Gena Vlaming, Javier Galvan, Terry Dailey, Margaret Daniel, Jeff and Jerry Diltz, Brenda and Lee Leifson, Jason and Kerensa Holbrook, Janet Pederson, Lisa Miller, Nancy Guy, Mario and Ruth Cowell.

3. Plaintiff Natasha Lynette Boles is a citizen of the state of Illinois. She is not a citizen of Indiana.

4. Plaintiffs Mario and Mary Cowell are citizens of the state of Texas. They are not citizens of Indiana.

5. Plaintiff Terry Keith Dailey is a citizen of the state of Tennessee. He is not a citizen of Indiana.

6. Plaintiff Margaret Whitfield Daniel is a citizen of the state of Alabama. She is not a citizen of Indiana.

7. Plaintiffs Jeff and Jera Diltz are citizens of the state of Oklahoma. They are not citizens of Indiana.

8. Plaintiff Daniel Lewis Finley is a citizen of the state of Pennsylvania. He is not a citizen of Indiana.

9. Plaintiff Javier Antonio Galvan is a citizen of the state of California. He is not a citizen of Indiana.

10. Plaintiff Nancy Elizabeth Guy is a citizen of the state of Tennessee. She is not a citizen of Indiana.

11. Plaintiffs Jason Paul Holbrook and Kerensa Holbrook are citizens of the state of Missouri. They are not citizens of Indiana.

12. Plaintiffs Brenda and Lee Leifson are citizens of the state of Utah. They are not citizens of Indiana.

13. Plaintiff Lisa Dawn Miller is a citizen of the state of Minnesota. She is not a citizen of Indiana.

14. Plaintiff Janet Claire Pederson is a citizen of the state of Texas. She is not a citizen of Indiana.

15. Plaintiff Glorria Jean Silverman is a citizen of the state of Texas. She is not a citizen of Indiana.

16. Plaintiff Gena Marie Vlaming is a citizen of the state of California. She is not a citizen of

Indiana.

17. As to the foregoing plaintiffs, none of whom are citizens of Indiana, the parties agree that there is complete diversity.

18. Plaintiffs' counsel is still trying to collect and serve citizen declarations for Glenda Elliott and Sam Summerlin.  Both clients were in contact with Plaintiffs' counsel in the last two months, but despite efforts to contact Ms. Elliot and Mr. Summerlin, Plaintiffs' counsel has not been able to reach each either Plaintiff.   Plaintiffs' counsel believes that this situation will be remedied within the next fourteen days, by August 21, 2015, and asks for this Court's indulgence as these final two declarations are obtained.

19. As soon as the declarations are obtained and served on Lilly, the parties will immediately file a complete joint jurisdictional statement.

Dated: August 7, 2015

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

/s/ R. Brent Wisner
R. Brent Wisner *(pro hac vice)*
rbwisner@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

Diane Marger Moore
Indiana Attorney number 15078-29
dmargermoore@baumhedlundlaw.com
201 North Illinois Street
16th Floor – South Tower
Indianapolis, IN 46204
Tel: (317) 610-3437
Fax: (317) 610-3202

*Counsel for Plaintiffs*

**ICE MILLER LLP**

*/s/ Nancy Menard Riddle*
Nancy Menard Riddle, #15075-49
Phone: 317-236-2189
Fax: 317-592-4740
Nancy.Riddle@icemiller.com

Mary Nold Larimore, #9877-49
Phone: 317-236-2407
Fax: 317-592-4688
Larimore@icemiller.com
One American Square, Suite 2900
Indianapolis, IN 46282-0200

*Counsel for Defendant Eli Lilly and Company*

**CERTIFICATE OF SERVICE**

      I, Brent Wisner, hereby certify that on the 7th day of August, 2015, a true copy of the foregoing Joint Statement Regarding Court's July 22, 2015 Order was filed electronically with the Clerk for the United States District Court for the Southern District of Indiana using the CM/ECF system, which shall send electronic notification to counsel of record.

                                              /s/ R. Brent Wisner
                                              R. Brent Wisner
                                              rbwisner@baumhedlundlaw.com
                                              12100 Wilshire Blvd., Suite 950
                                              Los Angeles, CA 90025
                                              Tel: (310) 207-3233
                                              Fax: (310) 820-7444