UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATASHA LYNETTE BOLES,<br><br>     Plaintiff,<br> v.<br><br>ELI LILLY AND COMPANY, an<br>Indiana corporation,<br><br>     Defendant. | Case No. 1:15-CV-00351-JMS-DKL |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Defendant Eli Lilly & Co. ("Lilly") does not oppose Plaintiff's Motion for Leave to Withdraw at Counsel. However, Lilly requests that any order granting Plaintiff's motion require that, within 30 days, alternate counsel for Plaintiff enter an appearance in this matter or Plaintiff notify the Court in writing of her intention to pursue this matter *pro se*. Lilly further requests that the order include that the failure to satisfy one of those conditions will result in the dismissal of Plaintiff's case with prejudice.

INTENTIONALLY LEFT BLANK

Dated: March 10, 2016

Respectfully Submitted,

By: */s/* Nancy Menard Riddle
Nancy Menard Riddle, #15075-49
Phone: 317-236-2189
Fax: 317-592-4740
Email: Nancy.Riddle@icemiller.com
Mary Nold Larimore, #9877-49
Phone: 317-236-2407
Fax: 317-592-4688
Email: Larimore@icemiller.com
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200

Michael X. Imbroscio
mimbroscio@cov.com
Phyllis A. Jones
pajones@cov.com
Covington & Burling, L.L.P.
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendant Eli Lilly and Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of March, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

      Robert Brent Wisner
      rbwisner@baumhedlundlaw.com

      /s/ *Nancy Menard Riddle*
      Nancy Menard Riddle