UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NATASHA LYNETTE BOLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-00351-JMS-DKL |
| | ) | |
| ELI LILLY AND CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**MARCH 17, 2016**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference.  Plaintiff appeared by counsel, Brent Wisner.  Defendant appeared by counsel, Mary Larimore, Mancy Riddle and Phyllis Jones.  Parties discussed Mr. Wisner's Amended Motion to Withdraw as counsel for Ms. Boles [Dkt. 56].  The Court grants the motion and Mr. Wisner is hereby withdrawn and Ms. Boles is deemed *pro se*.  The Clerk is directed to add Ms. Boles contact information, as shown on the distribution list, to the docket and mail her a copy of this entry.  *On or before April 18, 2016, Ms. Boles shall advise the court, in writing, if she intends to pursue this case with counsel or if she intends to pursue this matter representing herself (pro se).  Plaintiff's failure to comply with this order will result in the undersigned recommending dismissal of her case without prejudice for failure to prosecute.*

This matter is set for a telephonic status conference on **WEDNESDAY, APRIL 27, 2016, AT 11:15 A.M., EASTERN**.  Counsel will receive call-in instructions for the conference via separate email notification.  Plaintiff shall call the Court's main line, (317) 229-3930, to participate in the conference. The conference concluded without further order.

Date:  03/22/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Robert Brent Wisner
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
rbwisner@baumhedlundlaw.com

Michael X. Imbroscio
COVINGTON & BURLING LLP
mimbroscio@cov.com

Phyllis A. Jones
COVINGTON & BURLING LLP
pajones@cov.com

Mary Nold Larimore
ICE MILLER LLP
larimore@icemiller.com

Nancy Menard Riddle
ICE MILLER LLP
nancy.riddle@icemiller.com

Natasha Lynette Boles
3525 Normandy Ave. Apt. 206
Rockford, IL 61103
(815) 608-3957